

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00445-CV

| | | |
|---|---|---|
| Leonard Hornsby and Sue Allen | § | From the 48th District Court |
| | § | of Tarrant County (48-224668-07) |
| v. | § | May 16, 2013 |
| Tarrant County College District | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment as to Appellant Leonard Hornsby and that Appellant Sue Allen's appeal should be dismissed. It is ordered that the judgment of the trial court is affirmed. The appeal of Appellant Sue Allen is dismissed for want of jurisdiction.

It is further ordered that Appellant Leonard Hornsby shall pay all costs of his appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy